# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GENE MITTIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00393-EPG<br><br>ORDER GRANTING REQUEST FOR WITHDRAWAL OF FILING AND DIRECTING U.S. MARSHALS SERVICE NOT TO SERVE DOCUMENTS<br><br>(ECF Nos. 7, 11) |

On July 12, 2021, Plaintiff filed a notice of submission of documents for service by the U.S. Marshals Service (ECF No. 7), proof of service made by certified mail (ECF No. 8), and a motion for extension of time to serve Defendant under Federal Rule of Civil Procedure 4(m) (ECF No. 9). On July 13, 2021, this Court granted the motion for extension (ECF No. 10), and that same day, Plaintiff requested withdrawal of the notice of submission of documents for service by the U.S. Marshals Service, stating that counsel filed the notice "inadvertently." (ECF No. 11).

Given Plaintiff's request for withdrawal (ECF No. 11) and that counsel has already filed proof of service (ECF No. 8) in this case, IT IS ORDERED that the request for withdrawal (ECF No. 11) is granted and the United States Marshals Service need **NOT** serve the documents provided for service (ECF No. 7) in this case.

\\\

1

The Clerk of the Court is directed to provide a copy of this order to the United States Marshals Service.

IT IS SO ORDERED.

Dated: **July 14, 2021**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE