UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. GAMBOA, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00393-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(ECF No. 31) |

Before the Court is Defendants M. Huerta, V. Cathey, T. Wolf, K. Allison, G. Ravijot, J. Ibarra, E. Camacho, L. Aragon, A. Ramadan, and D. Boyd ("Defendants") motion to extend the deadline to file waivers of service of process. (ECF No. 31.) The deadlines for each Defendant to return the waivers are currently set for March 14, 2022. Defendants' request, which was filed on March 14, 2022, requests a thirty-day extension because the Attorney General's Office needs additional time to determine whether they will be representing Defendants in this case.

Having considered the motion, the Court will grant Defendants' request. However, the parties are reminded that the Local Rules require counsel to seek to obtain a necessary extension as soon as the need for the extension becomes apparent. E.D. Cal. L.R. 144(d). Future requests for court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.*

///


Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 31) is GRANTED; and
2. The deadlines for Defendants M. Huerta, V. Cathey, T. Wolf, K. Allison, G. Ravijot, J. Ibarra, E. Camacho, L. Aragon, A. Ramadan, and D. Boyd to file their waivers of service of process are extended to April 13, 2022.

IT IS SO ORDERED.

Dated:   **March 15, 2022**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE