JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

|  |  |
|---|---|
| RONALD GENE MITTIE,<br><br>       Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 1:21-cv-00393-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 12, 2022 to May 12, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  First, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022, and is dealing with post-operation pain and the secondary effects of medications; and as a result, is working short periods throughout the day with significant breaks throughout.  Counsel will also undergo 12 weeks of physical therapy, four days a week.

    Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and

Case 1:21-cv-00393-EPG   Document 22   Filed 04/04/22   Page 2 of 4

1  an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-
2  place mandates, and Court ordered Stays, there were significant delays in producing transcripts.
3  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers
4  and Certified Administrative Records from defendant including over 56 cases in February and
5  March of 2022.
6     For the weeks of April 4, 2022 and April 11, 2022, Counsel for Plaintiff has 14 merit
7  briefs, and several letter briefs and reply briefs.  For the month of May  2022, Counsel has over
8  20 merit briefs currently calendared, with that number expected to grow.
9     Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due
10  to her father's medical condition and as a result, the undersigned has taken on additional matters
11  compounding the need for an additional extension.
12     Counsel for the Plaintiff does not intend to further delay this matter.   Defendant does not
13  oppose the requested extension.  Counsel apologizes to the Defendant and Court for any
14  inconvenience this may cause.

Respectfully submitted,

Dated: March 30, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: March 30, 2022        PHILLIP A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration


By:  *\*/s/ Margaret Lehrkind*
     Margaret Lehrkind

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 30, 2022)

**ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than May 12, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **April 4, 2022**                                         /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE