1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4829
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

7

8

9

10                       UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                                FRESNO DIVISION

13

14                                              | No. 1:21-cv-00393-EPG
     RONALD GENE MITTIE,
15
              Plaintiff,                        | STIPULATION AND ORDER FOR EXTENSION
16                                              | TO FILE DEFENDANT'S OPPOSITION TO
     v.                                         | PLAINTIFF'S OPENING BRIEF
17
     KILOLO KIJAKAZI,                           | (ECF No. 24)
18     Acting Commissioner of Social Security,

19            Defendant.

20
            IT IS HEREBY STIPULATED, by and between Ronald Mittie (Plaintiff) and Kilolo
21
     Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective
22
     counsel of record, that, with the Court's approval, Defendant shall have an extension of time of
23
     sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request
24
     for an extension on her Response to Plaintiff's Opening Brief.  The current due date is June 27,
25
     2022. The new date will be August 26, 2022. All other deadlines will extend accordingly.
26
            Good cause exists for this request.  Defendant's counsel has worked diligently to meet the
27
     timelines provided by the Court but has been prevented from doing so by her busy schedule.
28

1 | Defendant's counsel has sixty-seven other active cases in various stages of litigation, 20
2 | responsive briefs due in the next 60 days, and one oral arguments scheduled before the Ninth
3 | Circuit in June.  Additionally, Defendant's counsel has other responsibilities with another practice
4 | group in her office where the work cannot be extended.  Defendant requests this extension in
5 | good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to
6 | the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: June 3, 2022

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: June 3, 2022          By     *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 24), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than August 26, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **June 6, 2022**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE